# STATE OF LOUISIANA

## COURT OF APPEAL, FIRST CIRCUIT

CALLIE ANSELMO

VERSUS

PEAK PERFORMANCE PHYSICAL
THERAPY, LP, INDIA SWIFT,
AND XYZ INSURANCE COMPANY

NO.  2024 CW 1033

**DECEMBER 23, 2024**

---

In Re:    Callie Anselmo, applying for supervisory writs, 19th
          Judicial District Court, Parish of East Baton Rouge, No.
          723447.

---

**BEFORE:   McCLENDON, WELCH, AND LANIER, JJ.**

    **WRIT DENIED.** The criteria set forth in **Herlitz Construction Company, Inc. v. Hotel Investors of New Iberia, Inc.,** 396 So.2d 878 (La. 1981) (per curiam), are not met.

**PMc**
**JEW**
**WIL**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
   FOR THE COURT